1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL D. RUSSELL,                    **1:07-cv-01613 LJO TAG**

12          Plaintiff,

                                           **ORDER TO SHOW CAUSE RE NON-**
13      vs.                                **COMPLIANCE WITH ELECTRONIC**
                                           **FILING REQUIREMENT**
14  KERN COUNTY SUPERIOR COURT,            **(L.R. 5-133)**
    et al.,

15

            Defendants.
16  _____/

17

18          TO:    Michael D. Russell

19          On January 3, 2005, this court became an electronic filing district, requiring all

20  attorneys to register for the court's electronic filing system (CM/ECF), and except where

21  excused by the court or by Local Rule, to file all documents electronically.  You were given

22  written notice on November 9, 2007, directing you to register for CM/ECF.  To date, you have

23  failed to register.

24          YOU ARE ORDERED TO SHOW CAUSE by affidavit or certificate why

25  sanctions should not be imposed for your failure to comply with the court's electronic filing

26  /////

-1-

1    requirements.  Such affidavits or certificates are to be filed within 11 days of service of this

2    order.

3

4    IT IS SO ORDERED.

5    **Dated:   January 7, 2008**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26