# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RUSSELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, et al,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 07-1613 LJO TAG<br><br>**ORDER TO TAKE MOTIONS UNDER SUBMISSION** |

This Court VACATES the March 4, 2008 hearing on defendants' motions for attorney fees and considers the motions on the record, pursuant to Local Rule 78-230(c). This Court will issue a written ruling on the motions.

Due to this Court's heavy caseload and its effect to hold to scheduled dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:**    February 26, 2008                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE